IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 20-1663 (MN) |
| ) | |
| DOC COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

At Wilmington, this 5th day of April 2021:

1. **Introduction**. *Pro se* Plaintiffs in this case, all of whom were incarcerated at the Howard R. Young Correctional Institution when they commenced this action, filed this lawsuit pursuant to 42 U.S.C. § 1983 on December 8, 2020. (D.I. 2). They appear *pro se*. (D.I. 5). Before the Court are several motions filed by Plaintiffs Michael Evans ("Evans") and Eric Harris ("Harris"). (D.I. 57, 58, 142, 143).

2. **The Complaint**. On February 17, 2021, this Court denied as moot Evans' motion to amend because Evans had been dismissed as a Plaintiff. (*See* D.I. 12, 31). Evans and several other dismissed Plaintiffs were recently reinstated. (*See* D.I. 147). Accordingly, this Court will vacate denial of the motion to amend and grant the motion to amend. (D.I. 12). The Amended Complaint at Docket Item 13 shall be the operative pleading.

3. **Motions for Reconsideration**. Evans has filed two motions for reconsideration. The first asks that rather than pay the required $350 filing fee, he pay only $20 or $25 due to his present hardship. (D.I. 57). The motion will be denied. Section 1915 provides that if a prisoner brings a civil action *in forma pauperis*, he shall be required to pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1). Evans opted to file this lawsuit, and he is required by statute to pay the

filing fee, either by paying the filing fee in full or in payments as assessed by the Court.   28 U.S.C. § 1914; 28 U.S.C. § 1915.

4.   Evans' second motion for reconsideration states that the original named Plaintiffs did not receive a copy of this Court's January 13, 2021 Order (D.I. 10).  (D.I. 58).  The Order required Plaintiffs who commenced this action, as well as newly added Plaintiffs, to each submit requests to proceed *in forma pauperis* (Application to Proceed in District Court without Prepaying Fees or Costs, AO Form 240) and to provide this Court with a certified copy of his respective prison trust fund account statement within 30 days from the date the January 13, 2021 order was sent.  (*See* D.I. 10).  The motion will be granted.  Plaintiffs who have not yet submitted an Application to Proceed in District Court without Prepaying Fees or Costs (AO Form 240) and a certified copy of their respective prison trust fund account statement will be given additional time to do so.

5.   **Motion for Emergency Hearing**.  Evans and Harris move for an "in person" emergency hearing to address COVID protective measures within the Delaware Department of Correction and immediate release.  (D.I. 142).  In addition, Harris filed a separate letter seeking immediate release.  (D.I. 146).  The motion will be denied.

6.   The remedy requested lies in the Delaware Courts.  "If an inmate's medical circumstances change in a way that warrants sentence reduction, then the proper vehicle to deliver such relief is an application by the Department of Corrections under 11 Del. C. 4217.  *State v. Desmond*, ID. No. 91009844DI, 2020 WL 7630768, n.6 (Del. Super. Oct. 21, 2020).  To date, however, "no special early release rule or procedure has been created to address the current COVID-19 health crisis."  *Id*. at n.5 (quoting *State v. Hampton*, ID No. 1601004059, 2020 WL 4284327 (Del. Supr. Jul. 27, 2020)).

7.     **Motion to Stop Denial of Right of Access to the Court**.  Evans seeks relief on the grounds that he has "continuously been denied his legal mail sent to him by this Court. (D.I. 143).  More particularly, Evans states that he did not receive a March 10, 2021 letter with an enclosed docket sheet and contends the fault lies with HRYCI.  The motion will be denied without prejudice to renew should Evans continue to have legal mail issues.  The Clerk of Court will be directed to provide Evans with a copy of the court docket.

THEREFORE, IT IS HEREBY ORDERED that, based upon the above discussion:

1.     That portion of the February 17, 2021 Order (D.I. 31) denying the motion to amend (D.I. 12) is **VACATED**.  The motion to amend is **GRANTED**.  (D.I. 12).  The Amended Complaint at Docket Item 13 shall be the operative pleading.  The Clerk of Court is directed reflect on the Court Docket that the first named defendant is properly named as DOC Commissioner Claire DeMatteis.

2.     Plaintiff Michael Evans' motion for reconsideration is **DENIED**.  (D.I. 57).

3.     Plaintiff Michael Evans' motion for reconsideration is **GRANTED**.  (D.I. 58). Plaintiffs who have not yet submitted an Application to Proceed in District Court without Prepaying Fees or Costs (AO Form 240) and a certified copy of their respective prison trust fund account statement will be given 30 days from the date this order is sent to do so.

4.     Plaintiffs Michael Evans' and Eric Harris' motion for an emergency hearing is **DENIED**.  (D.I. 142).

5.     Plaintiff Michael Evans' motion to stop denial of the right of access to the court is **DENIED** without prejudice to renew.  (D.I. 143).  The Clerk of Court is directed to provide Evans a free copy of the court docket.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge