IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL EVANS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOC COMMISSIONER CLAIRE ) <br> DEMATTEIS, et al., ) <br> ) <br> Defendants. ) | C.A. No. 20-1663 (MN) |
| DAMON O. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOVERNOR JOHN CARNEY, et al., ) <br> ) <br> Defendants. ) | C.A. No. 21-387 (MN) |

**MEMORANDUM ORDER**

At Wilmington this 4th day of November, 2020,

1. Two lawsuits filed in this Court raise COVID related issues at the Howard R. Young Correctional Institution ("HRYCI") in Wilmington, Delaware – *Evans v. DeMatteis*, C.A. No. 20-1663 (MN) and *Smith v. Carney*, C.A. No. 21-387 (MN).

2. Rule 42 of the Federal Rules of Civil Procedure provides for consolidation "[w]hen actions involv[e] a common question of law or fact . . . to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation *sua sponte*." *Plimpton v. Cooper*, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001) (citing *Pickle v. Char Lee Seafood, Inc.*, 174 F.3d 444 (4th Cir. 1999)). Because both complaints concern common questions of law and fact, the Court finds it appropriate to consolidate the cases.

IT IS THEREFORE HEREBY ORDERED that:

1. Civil Action Nos. 20-1663 (MN) and 21-387 (MN) are **CONSOLIDATED** for all purposes. **CIVIL ACTION NO. 20-1663 (MN) SHALL BE THE LEAD CASE.**

2. The caption of the Consolidated Action is as follows:

| | | |
|---|---|---|
| MICHAEL EVANS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1663 (MN) |
| | ) | **CONSOLIDATED** |
| DOC COMMISSIONER CLAIRE DEMATTEIS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

3. The Complaint filed in C.A. No. 20-1663 (MN) at D.I. 1 and the Amended Complaint in C.A. No. 21-387 (MN) at D.I. 7 together form the operative pleading. In C.A. 20-1663, Plaintiffs have been given leave to file an amended complaint on or before January 14, 2022. (*See* C.A. No. 20-1663 (MN) at D.I. 432). The deadline to file an amended complaint applies to the newly formed consolidated action.

4. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

5. **HEREAFTER, ALL FUTURE COURT PLEADINGS AND DOCUMENTS SHALL BE FILED ONLY IN CONSOLIDATED C.A. NO. 20-1663 (MN). The Court will not accept pleadings filed in C.A. No. 21-387 (MN).**

IT IS FURTHER ORDERED that:

All pending motions filed in C.A. No. 21-387 (MN) are DISMISSED without prejudice to refile in the consolidated action.  (D.I. 8, 9, 10, 11, 12, 16).

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge
